NUMBERS 13-03-680-CR
                                                13-03-681-CR
                                                13-03-682-CR
                                                13-04-037-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

FRANK VASQUEZ,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant seeks to appeal from orders imposing sanctions on defendant and
continuing or modifying community supervision. We dismiss the appeals for want of
jurisdiction.
         In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that
a defendant may not appeal from an order continuing a defendant on probation with
amended terms and conditions. There is neither constitutional nor statutory authority
which would confer jurisdiction on this Court to hear an appeal from an order
modifying probationary conditions. Basaldua, 558 S.W.2d at 5.
         Accordingly, the appeals are dismissed for want of jurisdiction.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 19th day of February, 2004.